IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZHENGBIN ZHU,<br><br>Plaintiff,<br><br>v.<br><br>Does 1-399, As Identified in Exhibit 2,<br><br>Defendants. | Case No. 1:22-cv-06695<br><br>Judge Hon. Elaine E. Bucklo<br><br>Magistrate Judge Hon. Sheila M. Finnegan |

**STIPULATION REGARDING PRELIMINARY INJUNCTION FOR
<u>DEFEDNANTS AS IDENTIED IN EXHIBIT A</u>**

This Stipulation is made and entered into between Plaintiff Zhengbin Zhu ("Plaintiff") and Defendants ABSUPPLIES *et al*. as identified in the attached Exhibit A("Defendants"), (collectively, the "Parties").

WHEREAS, on November 30, 2022, Plaintiff filed the above-captioned lawsuit against the Defendants identified in Exhibit 2 to the Complaint for alleged infringement of Plaintiff's copyright (Dkt. No. 1);

WHEREAS, Plaintiff's Complaint identifies Defendants as identified in the attached Exhibit A in Exhibit 2 to the Complaint;

WHEREAS, on January 5, 2023, the Court entered Preliminary Injunction Order against all Defendants (Dkt. No. 24);

WHEREAS, Plaintiff and Defendants are engaged in negotiations to resolve this matter;

**AGREEMENTS**

NOW THEREFORE, the Parties below hereby stipulate and agree as follows:

1

1. Defendants are removed from the Preliminary Injunction Order and any restrictions caused thereby.

2. Upon service of a copy of this Stipulation, Amazon or any other online marketplaces shall immediately lift any and all restraints on Defendants.

3. Upon service of a copy of this Stipulation, Amazon or any other online marketplaces shall immediately release to Defendants all funds in the Amazon or any other online marketplaces seller accounts of Defendants.

4. Plaintiff's counsel shall serve a copy of this Stipulation on Amazon within one (1) business day of its entry by the Court.

Date: January 10, 2023

| | |
|---|---|
| */s/Kevin Keener* | */s/ Timothy Wang* |
| Kevin John Keener | Timothy Wang |
| Keener and Associates, P.C. | NI, WANG & MASSAND, PLLC |
| 161 N Clark St, Suite 1600 | 8140 Walnut Hill Lane, Suite 500 |
| Chicago, IL 60601 | Dallas, TX 75231 |
| Tel: 773-562-5902 | Tel: (972) 331-4600 |
| Email: kevin.keener@keenerlegal.com | twang@nilawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy T. Wang*
Timothy T. Wang