**EXHIBIT A**

| Doe | Seller Name | Seller ID |
|---|---|---|
| 3 | ABSUPPLIES | ASGK96BJCN44W |
| 4 | Aimaerluo | A6F7D3ISMQRFQ |
| 5 | AIRAINY | A3FG8RW1HAOQ77 |
| 6 | AKMD Store | A240A0Z2KWEVXC |
| 8 | ALEENLA | A1YRF5QH6IM37N |
| 9 | Aloiyue | AISC4LXA7IKVX |
| 11 | Ashipher | A1VDQ4SDUDKELT |
| 18 | Baolian US | A3MN18UOXCAX77 |
| 21 | Black Strawberry Auto Parts House | A1Z9WXPIGKYEX7 |
| 22 | Bnozerpctivn | A2YK3GUO847FEY |
| 23 | Bonseor | A7QAIUDUFX5U5 |
| 27 | cenmiaoshangdian | A1MQP5IE80KI37 |
| 28 | chabuduo | A1N9OOE8EY8Q6R |
| 29 | chaochao668 | A2HFE0IF98446U |
| 30 | Chenchenchen baihuo | A3JLYUOY0SR033 |
| 32 | chongchongfei | AWYLKNQXB4QQC |
| 34 | chungao | A1GUEQEIID0N84 |
| 35 | Cinderella's other shoe | A1Q6H7QDW9B6IT |
| 37 | CXS-USA | A2EEEGY9FXYKJW |
| 41 | DAFAJGY | A1G1VV8GM8RSCE |
| 42 | Daily-Varitystore | A29348HKPVNFO3 |
| 44 | DASHALOU | A1D5ROA2KWA49S |
| 46 | dfgdgdrrre | A1LHVFWVA9TVUY |
| 48 | dianshushangdian | A3L92C632LRB1S |
| 53 | dsdghjkfge | A27SEFWU02AAGF |
| 56 | ehgsh | A1GWQHNXTQ61G |
| 57 | ehyseli | A2UE322USCAG8I |
| 62 | Feionusin Official | A37YMK4GOH7QFZ |
| 63 | Feishangwenhua(shenzhen)youxiangongsi | AK01S4EG89IUK |
| 65 | fenghuolang | A2C2QJB00QTICO |
| 67 | Finleoo | A3PWNE3V1OS96L |
| 72 | FZJBOR | A2DV5DF9XLBJME |
| 74 | Ganggang55 | A6E4JZ5U2YR1S |
| 75 | GaoBeiDianShiAnNiYiSiXiangBaoYouXianGongSi | A1OQ0964D40I7T |
| 76 | Gehang(About 7-15 Working) | AXMNR3I623XP1 |

| | | |
|---|---|---|
| 77 | Genzai US | A1B80SUK50O65U |
| 81 | GRECOOK HOME | ARXNR149LDBSQ |
| 82 | Gumfolk Direct | AX09X32H2DVY5 |
| 83 | Happyhoma | A11QL66E0MC7AI |
| 84 | Hazbb | A9ZRD6I0T0ODC |
| 86 | heise | AODW66MJW035O |
| 92 | HIGEDIZ Store | A3RXP3DGGFZABZ |
| 95 | hofashion | A2Z6NX0NL18GD1 |
| 97 | HopCon | A2D84RNX05A208 |
| 98 | HRENNG | A2P6N11JPT31F4 |
| 99 | HUAW | AQXBSRJYZL8XW |
| 100 | hushui | A1ZMEFL6APZ8LW |
| 101 | HUYBKD | AIK8E27KI06IV |
| 102 | Inn Area U | A1MSKLJ0M0JYYF |
| 104 | JGY-US | A27HAYZJM6OYXH |
| 106 | JINGJINM | AM2N0HD2KZBTK |
| 109 | Jugsar hyztsg store | A1UMNPN8G7I4CW |
| 110 | Jugsar Shark Slides | A1HKJ23RQICBPM |
| 113 | KALAKIDS | A1AXM0GV46W16E |
| 114 | KALEKI | A1AEPWE73GJH6Z |
| 117 | KEIRTUAs | A24PGBF3BS4VBZ |
| 119 | Knit Sneakers 450 | A1D6K608IGLRL3 |
| 121 | kuakua111 | ADWXGSX9JMYOP |
| 122 | KUSOLEN | A2GCOKJ1QZOQS2 |
| 127 | LiangEn US | A1HH5YJL0DR905 |
| 128 | liangguodedian | A1NMV9GM4DPQ1 |
| 131 | Linasir Pigeon Ring Home Supplies Mall | A1ZDGM8K1O4IHE |
| 132 | LIQ-USA | A2CQEEEQKZOUWO |
| 134 | liuyan1688 | A1NK29XPK69JHH |
| 135 | liuzhenjaing | AGM9XGYHZCINE |
| 136 | LNYSOTX | A2FG9JIH2OBHFB |
| 139 | luoxi store | A10TSFVFG3G6W2 |
| 141 | LYKTFTZ | A3BK31Z7TONNUD |
| 142 | LZJMZ | A2PUJDUP6QKJLE |
| 145 | MaoJunJie-shop | A2NWYBDMSIPH8J |
| 149 | METOG®Apparel | A1I2IY97IC8IXA |
| 150 | Metogo™Only | A2CYAUJK0V2RAX |
| 151 | molihuaya | A14PE51IQURT96 |

| | | |
|---|---|---|
| 152 | MQSHUHENMY | A3UKSZX8Z6UJ1J |
| 153 | MQXJLS | A1WIJNOJMFFGGF |
| 156 | NADARDA | A2HBXXG028IN0A |
| 158 | NeverGU-GZ | A1T1RYOL0388O7 |
| 159 | New Cushioned | A1AP3OHL289OGX |
| 163 | No.6 JCZJANA | A2KSCA15EHWTAP |
| 164 | October Elf | A1VZOVOI8R8JWZ |
| 166 | OTE-STORE | A1ENXEQMLLALUY |
| 167 | Owangbeibei1 | A2QWGPJMI0V411 |
| 168 | PalmA | APS6JTM4ZKS4J |
| 169 | PANQUE | AHPF48X4IP9M |
| 170 | Pro_Youself US | A2RPWUO4CUJKYU |
| 173 | QingYao US | A21J1PIQBSWU68 |
| 175 | QuYangXianCaiQiShangDian | A3AH9NIU161A74 |
| 177 | Ranchao | A2IC6OE5FZ4AZ3 |
| 181 | RONNBaKt | A8H5NP23V40TS |
| 184 | saifeifei | AFUH1UYOBU1EB |
| 186 | SEDEFRFGG | A2HI1M4WQP8CBG |
| 187 | Senxi Trading Co., Ltd | A2C5HEU2YF4R75 |
| 189 | Shark Slides (Arrived 7-14 Days) | A3V7AM11HTXQ7T |
| 190 | Shark Slides Sandals Shop | AR5G72YRGHW55 |
| 192 | Shark Slides Slippers Store | A2XLRUUD4RT3VI |
| 193 | Shark Slides Store | A2GN479TA8BIFC |
| 194 | Sharllen Fshoes store | AAGZ9F7V4ILCS |
| 195 | Sharllen Slippers Store | A24OZRA340AYOH |
| 196 | Sharllen Store | A2P04B2E045N5V |
| 197 | SHENGHUONG | A1XKUKQ7DX6AL6 |
| 199 | slippers small supermarket | A180J94E5RBUZV |
| 201 | SONGDAI | A3H4AKIDXYW4G7 |
| 202 | songxundianzishangwuyouxiangongsi7522 | AMA46YJ97X2DW |
| 203 | Soofylia Luxury | AEKDLYP9JOMAE |
| 207 | surprise which is life | A23GC5PWUR3SSC |
| 210 | SZkeyuUS | A2C0AQ1AX2K4Z |
| 212 | TDR GLOBAL | A2SLN8J8C8YXYM |
| 213 | TENGDAWYP | A3K22HEW3V9EB6 |
| 215 | tiandijiang | A6FWSFTPUP5AV |
| 216 | tiquan | A1NGYU8DN92195 |
| 218 | Tongmao US | A21ZK1GFZ0YHT1 |

| | | |
|---|---|---|
| 220 | UWLGSOD Slippers Store | A1NTI0KPZ1OVJ0 |
| 221 | Viyear | A2FZMNJS4BZUQH |
| 223 | wanpichuan | A34VB2PEUWCYCG |
| 224 | weijj | A31IOTTU7XW8F |
| 226 | wenchangSM | A31J5PKB0RYXWD |
| 234 | xianggenshangdian | A14WZ7KSK0NOPB |
| 236 | XianXiangQi | A2HG8H4LJBJNEZ |
| 237 | XiaoChus | A27NYM8UK8NXFF |
| 243 | XINGMHL | A38U68UWILPZ52 |
| 244 | xinrong | A63HBENXFJ6ZO |
| 245 | xinushangdian | A1EJX8PDUD59RL |
| 248 | xixinxiangrong | A3BL4H70YZLTT7 |
| 249 | XIXIZAN | A36OZC2OENJYN5 |
| 250 | XPKWS | A3RF0ZVB2LTGHL |
| 251 | XUEQIU | A1TC893K7IFUW1 |
| 252 | XUJIA STORE | A2BIBNIV59X905 |
| 253 | XZhangLi | ASNSKA0XJCDH9 |
| 254 | Y Wilk | A1XD05WC4JZTLS |
| 255 | yaliyali | A2AHFC8QHN7S4F |
| 257 | YANGzhandianzi | A1I37UO59WWL75 |
| 258 | yaoezi | A2XSHHH1WNYKCB |
| 261 | YHW-US | A3ISO5EU2R9S00 |
| 263 | YMJFZ-US | A2CDG8L7HDDDJR |
| 265 | Yong-1 | A2GKI0IEDHXU72 |
| 267 | youfeisdcf | A16R16PGTFAI3A |
| 269 | YoXustore | A1251J6HO7SLDH |
| 272 | Yusguo | A1G9G8GCKUAAI7 |
| 273 | yuxiwu | A3VERBT7750FVT |
| 274 | zgjgt | A2POWCRE1C5EKA |
| 275 | zhanfezanci | A2DCD3YJ0EV4V4 |
| 276 | zhangchizhuanmai | A3HVA06ILZRQ9V |
| 278 | ZhangXiaoYun | A2CH9SFRPMNFVL |
| 279 | zhoushuqi0002 | A3KK6BU32QLTLI |
| 280 | ZHS-US | A13Y7BNO9FMVU3 |
| 281 | zljcnwojkzlw | AV1F2T3FRU2QG |
| 282 | ZOGEME-US Store | AGQME3PQE71PI |
| 283 | ZQKJZHANQUAN SHOP | A1QB6NYR4SD85 |
| 284 | Zujank | A14Y8NATHCEQLE |
| 323 | warmyoulightshop | warmyoulightshop |

| 333 | Absorbing8 | 5aba5728c798175ca11e6b2d |
|---|---|---|
| 335 | AliciaZ | 57de7b110f70d010872eade9 |
| 343 | City us | 590afeef71a2f27ebf3f221b |
| 345 | Crazy Go | 58bbdd5e4ff75b531babce06 |
| 348 | Easy8 | 5a39d32812fa1c1526a96314 |
| 350 | Fast8 | 58f45de50da9f9119ec19ca5 |
| 355 | freestyleguys | 597008f5905fdb6efa89996f |
| 357 | GAFASTWO | 58c214976b741250722f72f2 |
| 359 | GoBaby | 5941e2289904e3288dc8505f |
| 360 | Goodgoodstudy | 56f210aa95688709b466ba27 |
| 361 | happytoys8 | 5d53d9c93db43e69dcf3ec37 |
| 364 | Kprusoian | 58d3cd3b773e9257cc5b990a |
| 366 | littlesister | 58edf19b7547cd0faebc0bf6 |
| 367 | lovepets8 | 5d53d9a640defd76414732de |
| 371 | Miss Alicia | 56d3f60d3efc7715fab2f47f |
| 389 | want8 | 5a17eb1b7a4f3b4e4eba0765 |
| 392 | YiWu ManTiao E-commerce firm | 56566ad30e8f310866da05a0 |
| 395 | yoorange | 584a5e07d914f521184ce59f |
| 396 | youki | 5a0d9c9ddc7a91738a08d827 |