IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhengbin Zhu, | Case No.: 22-cv-06695 |
| Plaintiff, | |
| v. | Judge: Hon. Elaine E. Bucklo |
| Does 1-399, As Identified in Exhibit 2, | |
| | Magistrate: Hon. Sheila M. Finnegan |
| Defendants. | |

**STATUS REPORT**

Plaintiff, Zhengbin Zhu, submits this status report in accordance with the Court's order dated December 9, 2022 [Dkt. No. 10].

Plaintiff has properly served all defendants in this case. Plaintiff is currently in negotiation with groups of defendants, including a group of approximately 170 defendants having an attorney appearance on record. Plaintiff anticipates finalizing these negotiations and moving for default within the next month.

Dated: January 17, 2023

Respectfully submitted,

By: /s/ Kevin Keener

Kevin J. Keener
ARDC #6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 523-2164
kevin.keener@keenerlegal.com