IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhengbin Zhu | Case No.: 22-cv-06695 |
| Plaintiff, | |
| v. | Judge: Hon. Elaine E. Bucklo |
| Does 1-399, As Identified in Exhibit 2, | |
| | Magistrate: Hon. Sheila M. Finnegan |
| Defendants. | |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff, Zhengbin Zhu ("Plaintiff"), against the defendants operating the websites/webstores identified on Exhibit 2 of Plaintiff's Complaint (collectively, the "Infringing Webstores") (Docket # 2 through 2-19), and Plaintiff having moved for entry of Default and Default Judgment against the defendants listed in Schedule A below (collectively, the "Defaulting Defendants") (Docket Nos. 38, 39).

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, providing notice via e-mail, along with any notice that Defaulting Defendants received from the ecommerce platforms, hosts, and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products infringing Plaintiff's exclusive United States Copyright Registration No. VA 2-313-480 entitled "shark shoes" (hereafter "Shark Shoes").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful copyright infringement and contributory copyright infringement under the United States Copyright Act of 1976, 17 U.S.C. §§ 101 et seq, false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

1. Copying, reproducing, or otherwise using the Shark Shoes Work or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Shark Shoes Work;

2. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Shark Shoes Work;
3. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of P Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;
4. further infringing the Shark Shoes Work and damaging Plaintiff's goodwill;
5. otherwise competing unfairly with Plaintiff in any manner;
6. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which copy or resemble the Shark Shoes Work, or any reproductions, counterfeit copies or colorable imitations thereof;
7. using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;
8. operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Shark Shoes Work or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Shark Shoes Work;

9. registering any additional stores, websites, or domain names that use or incorporate any of the Shark Shoes Work; and

10. using images covered by the Plaintiff's Copyrights or any of Plaintiff's original photographs that Plaintiff uses to advertise the sale of original Plaintiff products.

Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Amazon, eBay, DHGate, Paypal and Wish, shall within three (3) business days of receipt of this Order:

1. disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of any product covered by the Shark Shoes, including, but not limited to, any accounts associated with the Defaulting Defendants as listed below; and

2. disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

Pursuant to 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of no more than Thirty Thousand Dollars (U.S.) and No Cents ($30,000.00) for infringing the Shark Shoes Work through copying it and marketing the replica products through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

1. Alibaba, Ali-Express, Amazon, DHGate, eBay, Wish (hereafter the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any

accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified, from transferring or disposing of any money or other of Defaulting Defendants' assets.

2. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

3. Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors in the event that any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

4. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed above, the e-mail addresses identified above, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

Finally, the Clerk shall release Plaintiff's $10,000 surety bond, including any interest minus the registry fee, posted as a condition of the injunctive relief issued in this matter (Docket # 12) to Plaintiff's counsel, Keener and Associates, P.C.

DATED: March 8, 2023

                                                _____
                                                Hon. Elaine E. Bucklo

# SCHEDULE A

# DEFAULTING DEFENDANTS

| Doe | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 2 | 7-15 Days Delivery | A3U2X04RHNY0TP | yewanmeng@outlook.com |
| 7 | ALBSEOY | A3KVV289JAZ410 | wzhxus@163.com |
| 10 | AmorLor | A28SO4LM2HMUFW | dkelodd@yeah.net |
| 13 | Auagcu | A2E5SC7BUFU4F1 | gangyinclothing@gmail.com |
| 15 | AZLNRMU-US | A38WLQX1MV14Y0 | bingu23@163.com |
| 16 | bagood | AO11UQPWJBRZ4 | q13268013565@163.com |
| 17 | BAOBEIJIADAO | A3UQG9J4Y7436U | 2629312563@qq.com |
| 19 | bbougen | A2ILXK174DJ5UR | nashongins@163.com |
| 20 | Big Mania | A3ABJ5HDXK4UI5 | shdoqwhn@163.com |
| 25 | CANGSHANSUMAO | A2N6PUUXSBIVSS | wenyuhuang123@163.com |
| 26 | canweishangmaoyouxiangongsi | A1L8JL992ESRGD | z153337y86@163.com |
| 33 | chuangshihuida | A1FU8SBQDLB8RK | lijing-111@outlook.com |
| 38 | CYIAN | A2GAGARDYOOK5M | ianxdc@outlook.com |
| 40 | D-DONG | A1UJFUC2BW6LSK | yangchengus@aliyun.com |
| 43 | daminggong | A2398LXTTYMD9N | lipengfeng123@hotmail.com |
| 45 | DemingBiao | A6F3MT8KX50MX | hfuiyfedhcu@sina.com |
| 47 | DH Dreaming | A10HWE6XT0RTVD | pdh2015@163.com |
| 49 | DIYUSA | ASH9KQX48X76Q | diyuyingdgim28@sina.com |
| 50 | DONGWENZAO | A36DGR0D0TLU95 | dongwenzao123@163.com |
| 51 | DONGYING | A3V6HPLI5BYJHI | zhengxiaoqiong1990@outlook.com |
| 54 | DuiChai Store | A2O25VB9GK4CPQ | yingtao819927@163.com |
| 55 | DUOD-US | A3OCEJLZM791NL | zyd18538290894@163.com |
| 60 | EryaxuUS | A3GRIG5TRG34YX | qwxcn675ds@outlook.com |
| 62 | Feionusin Official | A37YMK4GOH7QFZ | laibanyunyy@outlook.com |
| 65 | fenghuolang | A2C2QJB00QTICO | diluji32978@163.com |

| 69 | Foshan Gaoming Xupu Trading Co., Ltd | A1I2213BO69FQE | taobs85746@163.com |
|---|---|---|---|
| 78 | gexingstore | A328Y6GDMSD4T1 | gxgxgjj@163.com |
| 80 | GQIXIA | A2OPBDQB1IYDQG | yingtao819927@163.com |
| 85 | he tao shang mao | ARI23UV324D6S | lcvj88@163.com |
| 88 | HeMing(7-15days Arrive) | AC7BZL0NPTJJ2 | 283605793@qq.com |
| 89 | hengshengzhuangshixing | A2R1XJAL6YH8W2 | zhoukuan3698@163.com |
| 90 | HEZEWANAISHANGMAOYOUXIANGONGSI | AJXRA6QZJRC71 | yjc666cheng@163.com |
| 94 | hkyyzdzswyxgs | A1EHTLYOZN9331 | l4uf28@163.com |
| 103 | JaneTroides-US | ANSCZSAKBTP8L | ya_mei_us2021@163.com |
| 105 | jinghuak | A2JD1RG8NLTVA2 | sosomanycar@aliyun.com |
| 107 | JIONGRUAN | ACP4GI9TGQS9Q | xiaomaohuojian@163.com |
| 108 | JOYSUN TECH | A16OF6IFQ89E42 | 1700026166@qq.com |
| 116 | kankekeli | A2J8O84RZMUMQE | kankekeli@163.com |
| 124 | LANGY LIST | ARTNBBCX3PUDQ | 1635353242@qq.com |
| 125 | LayLetmet（🌂🌂🌂 Summer Clearance） | A2AL4PSHWSRHDX | siubich@163.com |
| 130 | LIMUJINdian | A1VKPW5MET4OX2 | limujinymx888@outlook.com |
| 137 | luiyt | AG1TX3ZPQASMS | hangchunsong0541@163.com |
| 138 | luohechanniaoshangmao | A3MYVF7KWJVLWO | gmbj624@163.com |
| 143 | M.X.F Trading Co., Ltd | A101LM7CBPEHFL | 1620213187@qq.com |
| 147 | MAWAWA-US | A1AWWQ4D22VKEA | uanlingtaofr859@126.com |
| 148 | Men^TISAKOL | AF6FEU5GIQRED | xy688796998166@163.com |
| 154 | muyouzhi | A2H1SOEQUM4MDI | shengqiebierque@outlook.com |
| 160 | Newlife shop | A87UX8H7T3QJ0 | 827879529@qq.com |
| 161 | Nihewoo | A8CJRT2ZWMS15 | eeuiosi@aliyun.com |
| 165 | ohhwhoo | A3KRCRKQILO6CC | ohhwhoous@163.com |
| 174 | QQD-STORE | AQ8L52T0W6QTW | ypplyj@163.com |

| 176 | QVO Store | A3PEPS8E8W3XOZ | shibofour@outlook.com |
|---|---|---|---|
| 178 | rffa12 | A3KQBO123I8OMB | wangba70915@163.com |
| 179 | RICHSS*US | A2G131JSZ08HQC | majuehui@outlook.com |
| 180 | rongzhiluoshangmao | A3FUVCWIU89NG | yanjiaqi-a@outlook.com |
| 185 | santanala | A3M4IJ3YLVIT79 | qujiao388657@163.com |
| 191 | Shark Slides Shop | A264QMI3YTFH1P | fosteaser@outlook.com |
| 198 | SIMI-WIN | A3BXWK18G337P7 | tczyrsm@126.com |
| 200 | Smith's Gifts | A35O9CHX7T6TAZ | 1345516533@qq.com |
| 205 | SUMMER HOT | AKYHZY3YMQSRF | 295890187@qq.com |
| 207 | surprise which is life | A23GC5PWUR3SSC | zungeshiye@outlook.com |
| 208 | SWISEO | A2PTZJ6KTT257J | facebooktreemom@yeah.net |
| 209 | SYLUSA | A3GFVFWB3WR05Q | snowseason714@hotmail.com |
| 211 | Tandy-dyx | A3UGABE8MDRNJ0 | yuxiangus2021@outlook.com |
| 217 | TOMOYI | A3JXJHJYAJI30T | joyday18@126.com |
| 219 | Treemall | AZHALZYZ4RXL4 | zuomustore@outlook.com |
| 222 | wangzhensd | A2A7ZTKDWBVOKN | niduanruanmg8@163.com |
| 228 | Wokey Store | A3G74XFX1ZU3R7 | chen17638156024@163.com |
| 230 | WOOCHOO | ARUY5QOOHMTFG | berndleno1992@outlook.com |
| 232 | wukaishangmao | AXLI80K0A5IUF | heximi20426@163.com |
| 233 | XIAN BAO | A1Z7DCKYERU8CD | xianbaodianzi@163.com |
| 235 | Xianshi qujiangxinqu kunyuanyan jiuchashanghang | A22GCD3563IWD6 | miaodadeuiyd@outlook.com |
| 239 | xiapudiangemaoyiyouxiangongsi | A31X8Z5J0OSTG3 | 18150619049@163.com |
| 241 | XiMeiShangHang | A2XC5NYYXW75VY | guoruifengouzhou@163.com |
| 242 | Xin du qu qingliu zhen zi chao riyongpin dian | A3J3RVF1NUQ135 | xiaochaochao2009@163.com |
| 247 | xiuyuquyuetangchenliqunbaihuolingshoubianlidian | A359G7JAQJS2C2 | c15759377318@163.com |
| 262 | yinjuanxiaopu | A127AR9I78HT6H | lhbbh3@163.com |
| 264 | yoeyez | A3S2AG6N3XFBRA | bababach@21cn.com |

| 268 | Yourvalues | A3AC08N09WU4WL | yourvalus@outlook.com |
|---|---|---|---|
| 270 | YU&YU | A25TY1L8X0H0YY | yystore2022@outlook.com |
| 285 | ZunFeo US Direct | A2V5GSMPPK6UY5 | guiiaxaog@tom.com |
| 286 | ZYMJ-YR | A2LAGCSJ9DD02Z | bwdymx@163.com |
| 287 | 广隆科技 | A152S72UT1VNL2 | 541426277@qq.com |
| 288 | 都昌县本仪百货店 | AQCDVCNF1XTGY | huashendalao@163.com |
| 303 | hgftt55 | hgftt55 | pie8083@163.com |
| 306 | instrumt34 | instrumt34 | insmt34@outlook.com |
| 309 | lujinyu21031 | lujinyu21031 | aini7745660@163.com |
| 311 | modoustore | modoustore | 3340358807@qq.com |
| 318 | szhappy2013 | szhappy2013 | oywxb@163.com |
| 321 | very41few | very41few | pros8pernew2@outlook.com |
| 334 | AgnesTed | 5f9bb7d5273fc398d0377df8 | rwcecg@163.com |
| 336 | aomoywafu | 5fb1e2731f5a37762c66395d | konghuanxiedia@163.com |
| 337 | Bhambare | 56e7ccdacde0937519df46f9 | liulanhua1@outlook.com |
| 341 | caojingyu668 | 61985231d1562f11c6f9388b | yp5cmp@163.com |
| 342 | Chuangyiyuankeji | 5af0437df0b75f0168bd5b28 | yzmv521@sohu.com |
| 344 | conghshcs | 5e2151beb98bf0002862fdcd | mengfu6152leilaoz@163.com |
| 349 | Everlasting Baby | 5fbd10ea42f6c1f745be191f | 532359457@qq.com |
| 354 | Fivanace | 5d3eba1570327a2f6bfcda29 | fg1826a@163.com |
| 356 | fulangtao459 | 5d571a012736786dfd6dde51 | fulangtao459@163.com |
| 358 | Garrison Bespoke | 616eb6e8c5ae8a54d99887e3 | ysuw37@163.com |
| 362 | hongzhicheng | 58469db415b9d76933803484 | yangchengchde@outlook.com |
| 363 | Hookurity | 5ff948a094876e1f52640644 | zmamya@163.com |
| 365 | linkaimm | 5dde9068bf9d4860e2e10b6d | linkaibbb@163.com |

| 368 | Lsaoex | 5fe0a4a0e0b5f41db0f538d5 | dlwjis312@163.com |
| --- | --- | --- | --- |
| 370 | MEET YOU | 5d5032871527545380ade36c | duckbaby@163.com |
| 373 | panxulovezengguirong | 5fcc9b881efa44991853893c | zgr_0816@163.com |
| 375 | Plastic KX | 61ef23635aca57e2cc8913a3 | givhy73@163.com |
| 376 | pxerrB | 616a8027d2473cf4aa0481fd | qiqiao09755@163.com |
| 381 | shunzhiwei78061 | 6160fca16a6774b84f4644f7 | xian61487854@163.com |
| 382 | Starla T Beaird | 5e8d27ebadcdccc223872d9b | axorns737333@126.com |
| 384 | SUZ trade co.,Ltd | 54d72a957d6eba260348d171 | suzwish@163.com |
| 385 | sxinshizhnengshuma | 5a66d0da028bbd1d323d438b | wutian73@163.com |
| 390 | Wqwshoping | 5dc82e80ff832c32c09c831f | wqw1015283169wqw@163.com |
| 393 | Yiyepianzhou | 5f423ae83d6cd011936dd631 | 1721318635@qq.com |
| 394 | yongzhenxuee | 5b03d138c721a93647f1505f | soovool@163.com |
| 398 | zhangxing4239 | 61691837922054765a48136f | washaoyi232@163.com |
| 399 | zzckjabsuhag | 60640acf58135d5b26b7d4fb | mao6003@163.com |